**IT IS ORDERED as set forth below:**



**Date: February 1, 2019**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| A CRYSTAL ENTERPRISE ACE, LLC, | ) | CASE NO. 17-63456-PWB |
| | ) | |
| Debtor. | ) | |
| | ) | |
| NEIL C. GORDON, Chapter 7 Trustee for | ) | |
| The Estate of A Crystal Enterprise Ace, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| FULTON COUNTY TAX COMMISSIONER, | ) | |
| A CRYSTAL ENTERPRISE ACE, LLC, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

13105562v1

Before the Court for hearing on February 1, 2019 (the "**Hearing**"), came the *Trustee's Motion for Authority to (I) Sell Real Property of the Bankruptcy Estate Free and Clear of Liens, Interests, and Encumbrances and (II) Disburse Certain Proceeds at Closing* [Doc. No. 74] filed on November 16, 2018 (the "**Sale Motion**") by Neil C. Gordon, Chapter 7 Trustee (**Trustee**") for the bankruptcy estate of A Crystal Enterprise Ace, LLC (the "**Debtor**"). The Sale Motion seeks authority, pursuant to 11 U.S.C. §§ 363(b) and (f) to sell that certain real property known generally as 7183 Flagstone Place, Union City, Fulton County, Georgia 30291 (the "**Property**") for $183,000.00 to Walter L. Dees, Jr. accordance with the terms of the *Purchase and Sale Agreement* attached to the Sale Motion as Exhibit "A."

It appears to the Court that all creditors and parties in interest were given notice of the Sale Motion and Hearing.

An *Objection* to the Sale Motion [Doc. No. 80] was filed by the Debtor on January 28, 2019 (the "**Objection**").

Present at the Hearing were Neil C. Gordon as attorney for the Trustee and Crystal Adams ("**Ms. Adams**"), as principal of Debtor. Ms. Adams asserted her Objection to the Sale Motion. No other creditor or party in interest filed an objection to the Sale Motion or appeared at the Hearing in opposition thereto, and the Purchase Price is greater than the aggregate value of all liens on the Property.

The Court having considered the Sale Motion, the Objection, all matters of record in this case, and the statements made on the record at the Hearing; and for good cause shown, it is hereby

13105562v1

**ORDERED** that Trustee's Sale Motion is GRANTED and the Objection is OVERRULED: the sale of the Property may be consummated, pursuant to 11 U.S.C. §§ 363(b) and (f); it is further

**ORDERED** that Fed.R.Bankr.P.6004(h) shall not apply to this Order, which shall be effective immediately so that the Trustee may proceed *instanter* with the closing, at which time the gross sales proceeds shall be paid to the Trustee pursuant to this Order, and those disbursements requested by the Trustee in his Sale Motion are authorized to be made.

[END OF DOCUMENT]

Prepared and presented by:

ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By: */s/ Neil C. Gordon*
    Neil C. Gordon
    State Bar No. 302387
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031
Phone:(404) 873-8500
Email: neil.gordon@agg.com

13105562v1

## DISTRIBUTION LIST

Office of United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Arthur E. Ferdinand
Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303

A Crystal Enterprise Ace, LLC
Post Office Box 920401
Norcross, GA 30010

Michael Campbell
ATTENTION: Denise Hammock
Campbell & Brannon, LLC
5565 Glenridge Connector
Suite 350
Atlanta, Georgia 30342

13105562v1