IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Case No.: 17-63456-PWB |
| A CRYSTAL ENTERPRISE ACE, LLC, | Chapter: 7 |
| | Honorable Paul W. Bonapfel |
| Debtor. | |

### CHAPTER 7 SUPPLEMENTAL DIVIDEND DISTRIBUTION REPORT

Trustee's Final Report was filed with a proposed trustee's commission of $7,180.46. The Court approved the proposed commission in full. Thereafter, debtor principal filed an objection to the proof of claim filed by The River West Condominium Association, Inc. who in turn reduced its claim from $10,850.20 to $2,319.93. For auditing purposes, the reduction in the amount of the allowed creditor's claim created an additional surplus to the debtor principal by reducing the allowed commission of the trustee. Trustee has refunded the estate the overpayment in commission. The approved supplemental distributions in the above-styled case are:

**Chapter 7 administrative expenses:**

| APPLICANT'S NAME | ALLOWED FEES | ALLOWED EXPENSES | AMOUNT TO BE PAID |
|---|---:|---:|---:|
| NEIL C GORDON, TRUSTEE (CH. 7) | 6,473.43 | 60.36 | 6,533.79 |
| ARNALL GOLDEN GREGORY LLP, ATTORNEY FOR TRUSTEE (CH. 7) (Firm) | 39,675.00 | 1,816.02 | 41,491.02 |
| STONEBRIDGE ACCOUNTING & FORENSICS, LLC, ACCOUNTANT FOR TRUSTEE (CH. 7) (Non-Firm) | 943.50 | 4.30 | 947.80 |

**Secured claims:**

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | DIVIDEND AMOUNT | TOTAL TO BE PAID WITH INTEREST |
|---|---:|---:|---:|
| The River West Condominium Asso Inc | 0.00 | 0.00 | 0.00 |
| The River West Condominium Asso Inc | 2,319.93 | 2,319.93 | 2,398.11 |

{02686888-1 }

**Surplus Funds to Debtor:** Surplus funds to be returned to Debtor totaling $22,057.96 have been allowed and will be paid pro rata only after all allowed administrative, priority and unsecured claims have been paid in full.

**Surplus Funds to Debtor:**

| CLAIMANT'S NAME | ALLOWED AMOUNT OF CLAIM | TOTAL TO BE PAID |
|---|---|---|
| A CRYSTAL ENTERPRISE ACE, LLC | 22,057.96 | 22,057.96 |

**TOTAL AMOUNT DISBURSED TO CREDITORS ON THIS REPORT:**    $73,428.68

Prepared by:

/s/ NEIL C GORDON                              a
NEIL C GORDON, Chapter 7 Trustee
171 17th Street, N.W. Suite 2100
Atlanta, GA 30363-1031
(404) 870-5643

{02686888-1 }